IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHY BOWMAN, | ) | Case No. 8:04cv492 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JON DAVENPORT, et al., | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by John Svoboda, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **December 12, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference and trial dates in December are cancelled upon the representation that this case is settled.

Dated this 10th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge