# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHY BOWMAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV492** |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| JON DAVENPORT d/b/a MERRITT ) | |
| TRADING POST & RESORT, ) | |
| ) | |
| **Defendant.** ) | |

Upon the voluntary dismissal with prejudice filed by the plaintiff, and pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. This case is dismissed with prejudice as to each and every claim.

2. The parties shall pay their own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED November 21, 2005.**

                              **BY THE COURT:**

                              **s/ F.A. Gossett**
                              **United States Magistrate Judge**